# United States Court of Appeals
## For the First Circuit

Nos. 05-2065
     05-2129

UNITED STATES OF AMERICA,

Appellant/Cross-Appellee,

v.

JOHN FRECHETTE,

Defendant, Appellee/Cross-Appellant.

**ERRATA SHEET**

The opinion of this court, issued August 2, 2006, is amended as follows:

On page 14, l. 17, delete the extra word "the" between "that" and "because."